UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEFFERY LAMAR CRAWFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:11CV1809 JAR |
| ) | |
| JOANN TROG, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court upon its own motion. It is unclear as to whether plaintiff intended for this action to be filed in this Court or state court. As a result, the Court will order plaintiff to state in writing where he intended this action to be filed.

The case caption of the complaint bears the caption of the 22nd Judicial Circuit Court of Missouri, St. Louis City. And plaintiff originally mailed this action to the 22nd Judicial Circuit Court, but the state court forwarded the case to this Court without filing. While plaintiff appears to be bringing his claims under 42 U.S.C. § 1983, the Court notes that the state courts have concurrent jurisdiction to hear claims under § 1983. Maine v. Thiboutot, 448 U.S. 1, 10-11 (1980) ("§ 1983 actions may be brought in state courts."). As a result, it appears that plaintiff intended to, and could have, brought this action in state court.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall inform the Court, in writing and no later than twenty-one (21) days from the date of this Order, in which court he intended this action to be filed.

**IT IS FURTHER ORDERED** that the Court will hold all pending motions in abeyance at this time.

**IT IS FURTHER ORDERED** that if plaintiff fails to timely respond to this Order, the Court will submit this action for review under 28 U.S.C. § 1915.

Dated this 8th day of November, 2011.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE