**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JEFFERY LAMAR CRAWFORD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:11CV1809 JAR |
| | ) | |
| JOANN TROG, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER OF TRANSFER

This matter is before the Court upon its own motion. Plaintiff mailed this case to the 22nd Judicial Circuit Court of Missouri, St. Louis City, for filing, but the state court mailed the case to this Court without filing it. Plaintiff has represented to this Court that the proper venue for this case is the 22nd Judicial Circuit Court. As a result, the Court will transfer this case to the 22nd Judicial Circuit Court of Missouri, St. Louis City.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall transfer this case to the 22nd Judicial Circuit Court of Missouri, St. Louis City.

Dated this 28th day of November, 2011.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE